United States District Court
Southern District of Texas
**ENTERED**
February 05, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA

                Plaintiff

v.                                    Case No. 5:16-PO-1532-1
                                         Magistrate Judge Diana Song Quiroga

Luis Garcia-Aguilar
TN: Luis Fernando Garcia-Aguilar

                Defendant

## JUDGMENT

On **February 4, 2016,** the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 10 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

**A $10.00 special assessment is imposed.**

DONE at Laredo, Texas, on **February 4, 2016.**

                                                  **GUILLERMO R. GARCIA**
                                     **UNITED STATES MAGISTRATE JUDGE**